FILED

APR 07 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____
_____ DEP CLK

## United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:25-CT-3075-BO

(To be filled out by Clerk's Office only)

RONELL WATSON

Inmate Number 83703-053

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

UNITED STATES OF AMERICA

**COMPLAINT**

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:25-ct-03075-M-RJ   Document 1   Filed 04/07/25   Page 1 of 10

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Ronell Watson
Name

83703-053
Prisoner ID #

FCI Butner Medium II
Place of Detention

PO Box 1500
Institutional Address

Butner                                NC                        27509
City                                          State                      Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☑ Federal
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☑   Convicted and sentenced federal prisoner

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: FCI II Butner Medical Staff
Name

_____
Current Job Title

PO Box 1500
Current Work Address

Butner, NC 27509
City                  State              Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2: Butner- FMC Pharmacy Staff
Name

_____
Current Job Title

_____
Current Work Address

_____
City                  State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3:

_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both


Defendant 4:

_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: FCI Butner Medium II

Date(s) of occurrence: July 2021 - Feb. 11, 2024 (still ongoing)

State which of your federal constitutional or federal statutory rights have been violated:

Tort claim of medical negligence in North Carolina state

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> Who did what to you?

I have a well-documented, very aggresive form of glaucoma, that have left me legally blind. However, there is some vision remaining which is helped controled by the use of several medications to curb it's progression.

Several times (and still an ongoing issue) when I go to collect my medications after filling out a timely request I am told by medical staff that my medication was unavailable. I have been told this for unknown reason, sometimes that the medication is not standard and needs to be ordered, and one time that it was not ordered. As this medication is ordered each and every month this medication should be available when order renewed by Mr. Watson.

**What was your injury?**

Due to the BOP's constant and consistant delays in giving me my much needed medication, I am affected with spots so blurry that I am unable to see past those spots. In this, my "extremely aggresive and Chighly) advanced" condition is getting worse. If left without consistant treatment, blindness could be the result.

When I started discussing the problems in receiving my medications with medical staff, Officer Synk (not sure of spelling) locked me in a room for three hours. This backlash is consistant with the response given as most times a further inquiry into this matter it results in threats to be put in handcuffs and sent to the SHU.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☑ Yes   ☐ No

If no, explain why not:

_____

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes:*

Compensatory damages in the amount of
$3,000,000.00

_____

_____

_____

_____

_____

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3/10/25.
Dated                                               Plaintiff's Signature

Ronell Watson
Printed Name

933703-053
Prison Identification #

PO Box 1500          Butner          NC          27509
Prison Address          City          State     Zip Code

## DECLARATION IN COMPLIANCE WITH 28 U.S.C. C§1746
## CERTIFICATE OF SERVICE

I Declare (or certify, verify or state), under the penalty of perjury that the foregoing Legal Documentation was disposited to the Institutional Mail Room For Legal Mailing. @ Butner-Medium II/P.O. Box 1500. Butner, North Carolina 27509-1500. And First-Class Postage has been prepaid. See, Rules Governing §2255-Proceedings For The United States District Courts 3(d). I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail TO: The United States Attorney's Office To (Francisco Navarro) (AUSA) @ 271 Cadman Plaza East. Brooklyn, New York 11201. On this 10th, day of Mar ,2025. I on this same date did place this into the hands of prison officials for legal mailing. See, Houston v Lack, 487 U.S. 266, 275 (1988).

Respectfully Submitted

Ronell Watson
#83703-053/LC-42L
Federal Correctional Inst.
Butner-Medium II
Post Office Box 1500
Butner, North Carolina 27509.